# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Bold Alliance et. al.**

vs.    Civil Action No. **17-1822**

Defendant: **FERC et. al.**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __26__ day of __October__ 20__18__, that the Bold Alliance, Bold Educational Fund and 55 individual landowners hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the __28__ day of __September__, 20__18__, in favor of Defendants FERC, Mountain Valley Pipeline LLC and Atlantic Coast Pipeline LLC against said Plaintiffs.

Attorney/Pro Se Party Signature:  */s/ Carolyn Elefant*

Name: Carolyn Elefant

Address: Law Offices of Carolyn Elefant

1440 G Street NW, 8th Floor

Washington DC 20005

Telephone: (202) 297-6100

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017